# Green *v.* The State.

Appeal from Gadsden City Court.
Tried before the Hon. John H. Disque.

No counsel marked as appearing for appellant.

Chas. G. Brown, Attorney-General, for the State.

The appellant was indicted, tried and convicted for perjury.

The judgment of conviction is affirmed.

Opinion by Haralson, J.